22 cr 15 NEB/ECW

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. § 2461(c) |
| DEVON MARTELL HARMON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Ammunition)

On or about November 12, 2021, in the State and District of Minnesota, the

defendant,

### DEVON MARTELL HARMON,

having previously been convicted of the following crimes, each of which was

punishable by imprisonment for a term exceeding one year:

| Crime | Jurisdiction | Date of Conviction (On or about) |
|---|---|---|
| Fleeing a Peace Officer in a Motor Vehicle | Hennepin County, MN | September 26, 2011 |
| Assault-3rd Degree-Substantial Bodily Harm | Hennepin County, MN | November 13, 2019 |
| Drugs - 5th Degree - Not Small Amount Marijuana | Hennepin County, MN | May 20, 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment

for a term exceeding one year, did knowingly possess, in and affecting interstate and

foreign commerce, ammunition, that is, three rounds of CBC 9mm Luger



SCANNED
FEB 02 2022
U.S. DISTRICT COURT MPLS

ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____

ACTING UNITED STATES ATTORNEY    FOREPERSON

2